United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Purple Vine Refuge Inc. and Lovely Marius, Plaintiff, </br></br>v. </br></br>Iberia Bank and others, Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 23-22064-Civ-Scola </br> ) </br> ) </br> ) </br> ) |

### Order Denying Motion for Leave to Proceed *In Forma Pauperis*

This matter is before the Court upon Plaintiff Purple Vine Refuge Inc.'s application to proceed *in forma pauperis* under 28 U.S.C. §1915. (IFP Mot., ECF No. 3.) Plaintiffs Purple Vine and Lovely Marius have initiated this case against Defendants Iberia Bank, First Horizon National Corp., and Lupe Rodriguez, seeking $10 million in damages based on discrimination Marius says she encountered upon attempting to open a bank account at an Iberia Bank branch in Aventura, Florida. (Compl., ECF No. 1.) The Court's filing fee has not been paid but Purple Vine has filed a motion seeking to proceed with its case without prepaying its fees or costs. Because a company cannot proceed without representation or without prepaying its fees, however, the Court **denies** the motion (**ECF No. 3**).

The Plaintiffs, a corporation and an individual, have filed their case pro se, seeking to appear without representation. But a corporation may not appear pro se nor may Marius herself represent Purple Vine unless she is licensed to practice law (which it appears she is not). *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–09 (1993); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel.") Further, only a natural person can qualify for *in forma pauperis* treatment under 28 U.S.C. § 1915. *Rowland*, 506 U.S. 194, 201-09 (1993).

As a result, if Purple Vine seeks to move forward in this case, it must be represented by an attorney licensed to practice law in Florida. Further, while Marius can proceed on her own behalf, she must either file her own application to proceed *in forma pauperis* or pay the appropriate filing fee as required by the Court's Civil Filing Requirements Rule 4C. On the other hand, if Marius seeks to proceed on her own, she must file an amended complaint naming only

herself as the plaintiff and, at the same time, submit either the filing fee or an application to proceed *in forma pauperis*.

Accordingly, on or before **June 21, 2023**, the Court will dismiss this case, without prejudice, unless (1) an attorney files an appearance on behalf of Purple Vine and the Court's filing fee is paid; or (2) Marius files an amended complaint, naming only herself as the Plaintiff and concomitantly submits either the filing fee or her own motion to proceed without filing the fee.

**Done and ordered**, in Miami, Florida, on June 6, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

*Copy, via U.S. mail, to*:[1]
**Purple Vine Refuge Inc**
20200 West Dixie Hwy Ste 902
Aventura, Fl 33180

---

[1] Plaintiff Lovely Marius has consented to receive notices of electronic filing via her email address.